# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : |
|---|---|
| v. | : 3:18-CR-114 |
| | : (JUDGE MARIANI) |
| ANGEL ROMEU, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 9th DAY OF JANUARY 2020, upon consideration of Defendant's "Motion to Dismiss the Indictment and Suppress Wire and Electronic Communication Disclosed in Violation of Title III" (Doc. 31) and all relevant documents, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

Robert D. Mariani
United States District Judge