THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,　　　:
　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　: 3:18-CR-114
　　　　　　　　　　　　　　　　: (JUDGE MARIANI)
ANGEL ROMEU,　　　　　　　　　 :
　　　　　　　　　　　　　　　　:
　　　　Defendant.　　　　　　　:

## ORDER

AND NOW, THIS 9TH DAY OF JANUARY 2020, upon consideration of Defendant's "Motion to Suppress Wire and Electronic Communication Obtained in Violation of Title III and the United States Constitution" (Doc. 37) and all relevant documents, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

_____
Robert D. Mariani
United States District Judge